UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEITH THOMAS, | ) | 1:05-CV-0310 AWI DLB HC |
| Petitioner, | ) | |
| v. | ) | ORDER GRANTING EXTENSION OF TIME TO FILE OBJECTIONS (DOCUMENT #7, 9) |
| A. K. SCRIBNER, WARDEN, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On May 31, 2005 and June 17, 2005, petitioner filed a motions to extend time to file objections to the Findings and Recommendation of the court filed May 20, 2005.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file his objections.

IT IS SO ORDERED.

**Dated:   July 15, 2005**              **/s/ Dennis L. Beck**
ah0l4d                                  UNITED STATES MAGISTRATE JUDGE