UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br><br>    Petitioner,<br><br>v.<br><br>WARDEN A. K. SCRIBNER,<br><br>    Respondent. | 1:05-CV-0310 AWI DLB HC<br><br>ORDER GRANTING EXTENSION OF TIME NUNC PRO TUNC<br>(DOCUMENT #12) |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On August 23, 2005, Petitioner filed a motion to extend time to file objections to the findings and recommendation. On August 26, 2005, and during the pendency of this request, Petitioner submitted his objections. Accordingly, the request for an extension of time is GRANTED nunc pro tunc.

    IT IS SO ORDERED.

Dated:   September 14, 2005                          /s/ Dennis L. Beck
ah0l4d                                                            UNITED STATES MAGISTRATE JUDGE