# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH THOMAS,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>A.K. SCRIBNER, WARDEN<br><br>　　　　　Respondent. | CV F   05-0310 AWI DLB HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS OF MAY 20, 2005 AND DENYING ANY OUTSTANDING MOTIONS AS MOOT<br><br>[Doc. 6] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner filed the instant petition for writ of habeas corpus on March 3, 2005. On May 18, 2005, Petitioner filed a second amended petition. On May 20, 2005, the Magistrate Judge issued Findings and Recommendations recommending that the instant petition for writ of habeas be DISMISSED for failure to state a cognizable claim pursuant to § 2254. This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order. On August 26, 2005, and November 15, 2005, Petitioner filed objections to the Findings and Recommendation.

　　　　In his objections, Petitioner contends that he filed the instant petition pursuant to 28 U.S.C. § 2241. Petitioner is advised, however, that the initial and amended petition were both filed pursuant to § 2254. In any event, even if the petition was filed pursuant to § 2241, it is still not cognizable. Writ of habeas corpus relief extends to a person in custody under the authority of

1

the United States. See 28 U.S.C. § 2241. Writ of habeas corpus relief is available if a prisoner can show he is "in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2241(c)(3). The instant petition challenges the failure of prison officials to adhere to the administrative grievance procedure and does not challenge the constitutionality of Petitioner's custody and is therefore not cognizable pursuant to § 2241. Petitioner's objections present no grounds for questioning the Magistrate Judge's analysis.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Petitioner's objections, the Court concludes that the Magistrate Judge's Findings and Recommendations is supported by the record and proper analysis. The Court notes that although the Findings and Recommendations addressed the first, not amended petition, the amended petition raises the same claims raised in the first petition and therefore the Recommendation to dismiss is supported by the record.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations issued May 20, 2005, is ADOPTED IN FULL;
2. The Petition for Writ of Habeas Corpus is DISMISSED;
3. The Clerk of the Court is DIRECTED to close this action. This terminates this action in its entirety; and
4. All pending motions are DENIED as moot.

IT IS SO ORDERED.

**Dated:  December 5, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE